In the Matter of Discovery of Personal Property of FLORENCE R. SEIDENBERG, Deceased. ALBERT G. FELLOWS, as Executor, etc., of FLORENCE R. SEIDENBERG, Deceased, Respondent; WILLIAM J. SEIDENBERG, Appellant.— Order of the Surrogate's Court of Westchester county confirming report of referee and directing appellant to deliver certain personal property to the executor unanimously affirmed, with costs against appellant. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of SAUL SIEGEL, Assignor, to LOUIS LINDAUER, Assignee, Appellant, with SHAKIN BROS., Creditors, Respondents.— Order directing assignee to pay over moneys to the judgment creditors affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

ANDRUS LOUMARES, Respondent, v. ADOLF GOBEL, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ANTHONY MORINA, Respondent, v. LOUIS BERITELLA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE CITY OF NEW YORK and LOUIS FINFER, Respondents.*— On argument, judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN W. GONICK, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.